CFK

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

EDWARD THOMAS KENNEDY,
        Plaintiff,

v.

Case No. **19   0163**
JURY TRIAL DEMANDED
VERIFIED

COUNTY OF LEHIGH
PENNSYLVANIA, et al.,
        Defendants.

Motion for Authorization to File Electronically

1.    I, Edward Thomas Kennedy, Plaintiff, am one of the people of Pennsylvania and in this court of record wishes and motions this court for authorization to file electronically.

2.    Plaintiff has independently reviewed all of the tutorials and related topics on the Court's website, and has a PACER account, and has filed electronically successfully in this court and other judicial circuits nationwide.

Date: January 8, 2019.

                                                    /s/ *Edward Thomas Kennedy*  (seal)

                                                    _____SEAL
                                                    Edward Thomas Kennedy, Plaintiff
                                                    [BA, DeSales, Politics/Law, 1975]
                                                    401 Tillage Road
                                                    Breinigsville, Pennsylvania
                                                    Telephone: 415-275-1244.
                                                    Fax: 570-609-1810.
                                                    Email: kennedy2018@alumni.nd.edu

## CERTIFICATE OF SERVICE

I certify that on January 8, 2019, I filed a copy of the above Motion for Authorization to File Electronically with this Court's Clerk of the Court by US regular mail at Clerk of Court, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

/s/ Edward Thomas Kennedy   (seal)

_____

EDWARD THOMAS. KENNEDY