IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

JAN 17 2019

KATE BARKMAN, Clerk
By_____ Dep. Clerk

KENNEDY,
        Plaintiff,

v.

Case No. 19-CV-163 (CFK)

COUNTY OF LEHIGH, et al.,
        Defendants.

Motion for Authorization to File Electronically

1. I, Edward Thomas Kennedy, Plaintiff, am one of the people of Pennsylvania and in this court of record wishes and motions this court for authorization to file electronically.

2. Plaintiff has independently reviewed all of the tutorials and related topics on the Court's website, and has a PACER account, and has filed electronically successfully in this court and other judicial circuits nationwide.

Date: January 15, 2019.

/s/ Edward Thomas Kennedy (seal)

Edward Thomas Kennedy, Plaintiff
[BA, DeSales, Politics/Law, 1975]
401 Tillage Road
Breinigsville, Pennsylvania
Telephone: 415-275-1244.
Fax: 570-609-1810.
Email: kennedy2018@alumni.nd.edu

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

## OFFICE OF THE CLERK OF COURT

## ELECTRONIC CASE FILING (ECF) ACCOUNT REGISTRATION FORM

This Electronic Case Filing (ECF) Account Registration Form shall be used to register for an account with the United States District Court for the Eastern District of Pennsylvania's Electronic Case Filing (ECF) system. ECF Registered attorneys will have privileges to electronically submit documents in accordance with Local Civil Rule 5.1.2 and Local Criminal Rule 1.2.

*(Please Print or Type)*

First Name: **Edward**   Middle Initial/Name: **Thomas**

Last Name: **Kennedy**   Generation (i.e., Sr., Jr.): _____

Firm: _____   Bar Id No. and State: _____

Address: **401 Tillage Rd.**

Address: _____

City: **Breinigsville**   State: **PA**   Zip: **18031**

Telephone No.: (**445 275 1244**)   Fax No.: (**570 605 1810**)

Email Address: **Kennedy2018 @ Alumni.ND.edu**

Last 4 digits of your Social Security number *(to be used for the log-in code)*: **5450**

Are you admitted to practice in the Eastern District of Pennsylvania?  ☐ Yes   ☐ No

If yes, are you a member in good standing?   ☐ Yes   ☐ No

Are you admitted to practice pro hac vice in the Eastern District of Pennsylvania?
☐ Yes   ☐ No

Case Number(s) or MDL Number(s) at the Eastern District of Pennsylvania: _____

Are you a registered ECF Filer in another U.S. District or Bankruptcy Court?
☐ Yes   ☐ No

If yes, please provide the district where you are a registered ECF User and the log-in and password if you would like to have the same log-in and password. *(Passwords must be at least eight characters long, include both upper and lower case letters and at least one digit or special character.)*

District: _____   Log-in: _____   Password: _____

**This District + 3rd Circuit
Delaware + M.D. Pa.**

(rev. 8/2016)

**By submitting this Account Registration Form, the undersigned agrees/consents to the following:**

1. I have read and understood the provisions of Rule 5.1.2 of the Local Rules of Civil Procedure, "Electronic Case Filing," amended Rule 1.2 of the Local Rules of Criminal Procedure, "Applicability and Effect of Local Rules," and the court's ECF Procedures set forth in Rule 5.1.2, and I agree to abide by all provisions set forth therein.

2. I agree that the combination of the user log-in and password will serve as my signature for purposes of the Federal Rules of Civil and Criminal Procedure. I further agree to protect the security of my password and to immediately notify the clerk of court by telephone, with said notification confirmed immediately thereafter in writing, delivered by e-mail, facsimile or hand-delivery to the attention of the clerk of court, as soon as I learn that my password may have been compromised.

3. In accordance with the provisions of Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and Section 8 of the ECF Procedures, I agree that service may be given to me by electronic transmission and I consent to make electronic service of all documents.

4. I have read and understood the provisions of Rule 11 of the Federal Rules of Civil Procedure, particularly as referenced in Sections 9 and 10 of the ECF Procedures, and I agree to abide by the provisions set forth therein.

5. I agree to waive the provisions of Rule 77(d) of the Federal Rules of Civil Procedure and Rule 49(c) of the Federal Rules of Criminal Procedure, providing for service of notice by mail, and I consent that such notice may be served by electronic transmission in accordance with Section 14 of the ECF Procedures.

6. All transmissions for electronic case filings of pleadings and documents to the ECF system shall be titled in accordance with the approved directory of civil and criminal events of the ECF system in a case in which an attorney is counsel of record or on any document which is construed as an entry of appearance in accordance with Local Civil Rule 5.1.

*I hereby certify that the above information is true and correct and that I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania.*

_____   _1-15-2019_
Signature                          Date

Please return completed form via U. S. Mail to:    Clerk of Court
U. S. District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

You will be notified of your user log-in and password by electronic mail. If you have any questions on the ECF registration process or the use of the electronic filing system, you may contact the Electronic Filing Information Center toll free at 1-866-ECF-4ECF.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

## ELECTRONIC CASE FILING (ECF)
## NOTIFICATON OF CASE ACTIVITY REQUEST FORM

As a registered Electronic Case Filing User, I am requesting that the following e-mail address(es) receive electronic notification of case activity on any case in which I have entered my appearance. I understand that the e-mail address(es) listed below will receive the electronic notification of case activity, in addition to the e-mail address that I listed on my ECF Registration Form.

*(Please Print or Type)*

**E-mail Address (es)**
*(Maximum of 3)*

pillar.of.peace.2012@gmail.com

Kennedy2018@alumni.nd.edu

pillar.of.peace.2017@protonmail.com

_____Edward Thomas Kennedy_____     _____[signature]_____
Attorney Name (printed)                               Attorney Signature

_____415 275 1244_____     _____1-15-2019_____
Telephone No.                               Date

If there are any future changes to the information listed above, an amended *Notification of Case Activity Request Form* must be submitted. If more than 3 e-mail addresses are required, please submit a request to the attention of the Clerk of Court.

Please return completed form via U.S. Mail to:   Clerk of Court
U. S. District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797
Attn: ECF

or return via Fax to: (215) 597-6390

Attorney self

(rev. 8/2016)   represent

"At Law"

January 15, 2019

KATE BARKMAN, CLERK OF COURT
Office of the Clerk
U.S. District Court, ED of PA
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Dear CLERK OF COURT BARKMAN,

Re: Kennedy v County of Lehigh et al., Case No 19-cv-193

Enclosed please find signed and completed USM 285 Forms for the following nine defendants: COUNTY OF LEHIGH PENNSYLVANIA, UPPER MACUNGIE TOWNSHIP, THE MACMAIN LAW GROUP LLC, DAVID J. MACMAIN, MATTHEW J. CONNELL, BRIAN H. LEINHAUSER, DAVID M. BACKENSTOE, and JOSEPH N. HANNA, in his personal capacity and official capacity. Please process without delay for it appears this court may close for business on Friday, January 18, 2019.[1]

Please call me if you have questions.

Date: January 15, 2019.

/s/ Edward Thomas Kennedy (seal)

Edward Thomas Kennedy, Plaintiff
401 Tillage Road
Breinigsville, Pennsylvania
Telephone: 415-275-1244.
Email: kennedy2018@alumni.nd.edu

---

[1] Judiciary Operating on Limited Funds During Shutdown, link here:
https://www.uscourts.gov/news/2019/01/07/judiciary-operating-limited-funds-during-shutdown