IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY | : | CIVIL ACTION |
| v. | : | |
| COUNTY OF LEHIGH PENNSYLVANIA, et al. | : | NO.: 19-cv-0163 |

O R D E R

AND NOW, this **18**th day of **JANUARY, 2019**, in accordance with Local Civil Rule 40.1(c) (2), it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Chad F. Kenney, to the calendar of the Honorable Mark A. Kearney, as related to *Edward Thomas Kennedy v. PPL Corporation, et al.*, Civil Action No.: 19-cv-0212 and *Edward Thomas Kennedy v. Joseph F. Leeson, et al.*, Civil Action No.: 18-cv-4414.

        FOR THE COURT:

        JUAN R. SÁNCHEZ
        Chief Judge

        ATTEST:

        *Kate Barkman*
        **KATE BARKMAN**
        Clerk of Court