**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | : | **CIVIL ACTION Nos. 19-163** | |
| **EDWARD THOMAS KENNEDY,** | : | | **19-212** |
| **Plaintiff,** | : | | |

## ORDER

**AND NOW**, this 25th day of January 2019, upon considering *pro se* Plaintiff Edward Thomas Kennedy's Motions for leave to proceed *in forma pauperis* (ECF Doc. Nos. 1), Complaints (ECF Doc. Nos. 2), various *pro se* Motions (ECF Doc. Nos. 3, 4, 5) in the above civil actions and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.      Plaintiff's Motions for leave to proceed *in forma pauperis* (ECF Doc. Nos. 1) in the above cases are **GRANTED**;

2.      The Complaints in the above cases are **DISMISSED**. Plaintiff's federal claims are **DISMISSED with prejudice**. Plaintiff's state law claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction. Plaintiff may not file an amended complaint in the above cases, as an amendment is futile;

3.      All other pending Motions (ECF Doc. Nos. 3, 4, 5) in both captioned cases are **DENIED**;

4.      No later than **February 8, 2019,** Plaintiff shall **show cause** in a "Response to Show Cause" not to exceed twenty pages filed only in Civil Action No. 19-163 as why we should not enjoin him from filing any more civil cases surrounding facts addressed in his eleven 2018 dismissed cases without paying the filing and administrative fees due to his filing thirteen cases in less than one year obtaining *in forma pauperis* status, with all but one dismissed before service, and repeatedly challenging the same conduct;

5. The Clerk of Court shall assign future cases filed by Mr. Kennedy *pro se* to our docket; and,

6. The Clerk of Court shall docket this Order in both captioned cases and **CLOSE** the two captioned cases.

_____
**KEARNEY, J.**