IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNEDY,

    Plaintiff.

        v.                    Civil No. 3-19-cv-163 (CFK)

COUNTY OF LEHIGH
PENNSYLVANIA et al.,

    Defendants.

FILED
JAN 3 1 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## NOTICE

## MOTION TO COMPEL SERVICE OF PROCESS

1.    Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") is one of the people of Pennsylvania, and in this court of record Notices the court to the following:

2.    That this Court and its assigned Judge notice the oaths of the assigned Judge to do equal right to the poor as to the rich, and his Investiture oath;

3.    Notice Kennedy's Motion to Compel Service of Process to the defendants and USM 285 Forms filed with the Clerk of Court by US Mail on january 15, 2019

4.    Notice the court may close on February 15, 2019, and Kennedy wishes the Court to write and approve Order;

Date: January 28, 2019.

/s/ Edward Thomas Kennedy  seal
Edward Thomas Kennedy, Plaintiff
[Chev. Rev. Edward Thomas Kennedy]
401 Tillage Road
Breinigsville, PA 18031
415-275-1244.

-1-

## CERTIFICATE OF SERVICE

I certify that on January 28, 2019 that I filed a copy of the above Notice of Motion to the United States District Court for the Eastern District of Pennsylvania via US mail

/s/ Edward Thomas Kennedy (seal)

EDWARD THOMAS KENNEDY

Date: January 28, 2019.