IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNEDY,
    Plaintiff.

v.                      Civil No. 3-19-cv-163 (CFK)

COUNTY OF LEHIGH
PENNSYLVANIA et al.,
    Defendants.

## MOTION TO COMPEL SERVICE OF PROCESS

1.    Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") is one of the people of Pennsylvania, and in this court of record wishes the court to grant Kennedy's Motion to Compel Service of Process by the US Marshall to the defendants without delay.

Date: January 28, 2019.

*/s/ Edward Thomas Kennedy* (seal)

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email; kennedy2018@alummni.nd.edu

CERTIFICATE OF SERVICE

I certify that on January 28, 2019 that I filed a copy of the above MOTION TO COMPEL SERVICE OF PROCESS and MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS and Notice of Motion to the United States District Court for the Eastern District of Pennsylvania via US Mail.

/s/ Edward Thomas Kennedy

EDWARD THOMAS KENNEDY

Date: January 28, 2019.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNEDY,
    Plaintiff.

v.            Civil No. 3-19-cv-163 (CFK)

COUNTY OF LEHIGH
PENNSYLVANIA et al.,
    Defendants.

MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS

TAKE JUDICIAL COGNIZANCE

    A.    Executive Order 13825 concerning 2018 Amendments to the Manual for Courts-Martial, United States (March 1, 2018) effective January 1, 2019,.[1]

    B.    Law of the case is Exhibit 1, and the country is a constitutional republic.

    a.    Kennedy was trained by his religious Order in Diplomacy, and served the universal church as a Diplomat in Nepal in 2009, evidence link here:[2]

    1.    I, Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") am one of the people of Pennsylvania, and in this court of record requests the court to grant Kennedy's Motion to Compel Service of Process by the US Marshall without delay.

---

[1] https://www.federalregister.gov/documents/2018/03/08/2018-04860/2018-amendments-to-the-manual-for-courts-martial-united-states

[2] http://smoch.org/nepal.php - picture bottom right, right.

-1-

2. The court has agreed to waive fees, and Kennedy is grateful and apologizes for being poor but does not apologize for his Investiture oaths, which he added an additional oath to God of monastic, self-sacrifice of voluntary poverty.

3. Kennedy promises to pay the court fees in divine right time for his vow of poverty is temporary, and self sacrifice was not part of his Investiture oath (papal Knighthood) in a church of God.[3]

Date: January 28, 2019.

Respectfully submitted,

/s/ Edward Thomas Kennedy (seal)

Edward Thomas Kennedy, Plaintiff
[Chev. Rev. Edward Thomas Kennedy]
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-609-1810.

---

[3] At his Investiture ceremony in a church of God more than ten years ago, Kennedy promised to work to relieve human suffering worldwide, and Kennedy has never (knowingly and/or intentionally) violated his oath. His (self-imposed) oath of poverty and self sacrifice helped Kennedy to serve the poor as both a priest (Eastern Rite) and medical missionary. Penitents included undeclared alcoholics and homeless in New York City and Lehigh County, Pennsylvania and other places. Kennedy published a Pennsylvania Legal Notice to affirm his title as Chevallier Reverend, and said title is lawful under church and international law. Kennedy states defendants perhaps also knowingly violated international treaty law.

-2-

CERTIFICATE OF SERVICE

I certify that on January 28, 2019, that I filed a copy of the above MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS and MOTION TO COMPEL SERVICE OF PROCESS, Notice and this Certificate of Service to Clerk of Court of this District Court for the Eastern District of Pennsylvania, by US Mail.

/s/ Edward Thomas Kennedy

Edward Thomas Kennedy

Date: January 28, 2019.