# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD THOMAS KENNEDY** | : CIVIL ACTION |
| | : |
| v. | : NO. 19-163 |
| | : |
| **COUNTY OF LEHIGH** | : |
| **PENNSYLVANIA,** *et al.* | : |

## ORDER

**AND NOW**, this 1st day of February 2019, upon considering the *pro se* Plaintiff's Motion to compel service of process (ECF Doc. No. 10) of a dismissed case, it is **ORDERED** Plaintiff's Motion (ECF Doc. No. 10) is **DENIED** as this case is dismissed with prejudice in this Court but without prejudice for Plaintiff to seek remedy in a state court for a state law claims, and further reminding Plaintiff, under our January 25, 2019 Order (ECF Doc. No. 8), of his obligations to **show cause** on or before **February 8, 2019**.

KEARNEY, J.