IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

    v.

COUNTY OF LEHIGH, et. al.,
    Defendants.

No. 19-0163

JURY TRIAL DEMANDED

### NOTICE and Objection

Notice

1. I, Edward Thomas Kennedy am one of the (older) people of Pennsylvania and hereby Notices the Court that Kennedy took an oath in a church of God at his Investiture in 2008 to relieve all human suffering, and he has never violated that oath.

2. Kennedy is also an ordained (Eastern Rite) Roman Catholic who also took an optional oath to live a simple aesthetic life as an act in memory of the loss of a loved one, and he is only temporarily poor.

3. However, the (optional) poverty oath is now ended for Kennedy has stopped grieving.

4. Kennedy's lawful title of nobility under the church and international law is Chevallier Reverend.

5. Kennedy is also trained by the Vatican through his Sacred Medical Order to be both a Sanctified Healer and Diplomat.

-1-

6. Edward Thomas Kennedy in this court of record Objects to the Order at ECF Document 6, filed on 01/18/19 for it is my wish and it probably objects justice for it is not signed by Chief Judge Sanchez and probably violates his Investiture oath.

7. Kennedy is damaged and injured by the defendants, seeks compensation for injures and damages for the defendants exceeded their jurisdiction in loss of rights.

8. It is now divine right time, and Kennedy wishes a Judge to appear to administrate his case and obey his INVESTITURE OATH and oath of office.

9. Kennedy accepts the oath of office of the Judge assigned to administrate this case, and binds him to it, and has no argument with newly appointed, US Judge Chad F. Kenney.

Date: January 31, 2019.

/s/ Edward Thomas Kennedy   ---seal---
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email; kennedy2018@alummni.nd.edu

CERTIFICATE OF SERVICE

I certify that on January 31, 2019, that I filed a copy of the above Notice and Objection to the United States District Court for the Eastern District of Pennsylvania by US mail.

/s/ Edward Thomas Kennedy (seal)

EDWARD THOMAS KENNEDY