IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION NOS. 19-163 |
| EDWARD THOMAS KENNEDY, | : | 19-212 |
| Plaintiff, | : | |

## ORDER

AND NOW, this 5th day of February 2019, upon considering *pro se* Plaintiff's "Notice and Objections" (ECF Doc. No. 13 in 19-163 and ECF Doc. No. 9 in 19-212), and consistent with our January 25, 2019 Order (ECF Doc. No. 8) dismissing these two cases but the *pro se* Plaintiff now filing "Objections" arguing we are in contempt of Court and violating our oath of office by entering the January 25, 2019 Order (ECF Doc. No. 8), and, liberally construing his "Notices" as Motions for reconsideration, but finding no basis to reconsider detailed findings in our January 25, 2019 Memorandum and Order, it is **ORDERED** the *pro se* Plaintiff's "Notices" (ECF Doc. Nos. 13, 9), construed as Motions for reconsideration, are **DENIED** and we continue to remind the *pro se* Plaintiff of his obligation to show cause filed in No. 19-163 as to why we should not enjoin him from filing more civil cases surrounding facts addressed in his eleven 2018 dismissed cases without paying the filing fees.

_____
KEARNEY, J.