IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

No. 19-0163

v.

COUNTY OF LEHIGH, et. al.,
    Defendants.

## RESPONSE TO SHOW CAUSE
### and Objection

1.    I, Edward Thomas Kennedy ("Kennedy") am a Papal Knight since 2008 with digital evidence link here at http://smoch.org/nepal.php under FRE Rule 902[1] and since 2013, an ordained Roman Catholic priest (Eastern Rite).[2]

2.    The fact of the matter is Kennedy took an oath to God of poverty, and is therefore "poor." Kennedy's oath, however, is ended but is still poor.

3.    Kennedy is trained in law by the Vatican and his Sacred Medical Order Knights, SMOCH, (a Hospitaller Order), evidence again under FRE Rule 902, digital picture Kathmandu, Nepal, March 19, 2009, link here.[3]

4.    I, Edward Thomas Kennedy again state I am also one of the (older) people of Pennsylvania in this court of record say that as both a Papal Knight and (Eastern Rite) Roman Catholic Priest, Kennedy's lawful title of nobility is Chevallier Reverend.

---

[1] Rule 902. Evidence That Is Self-Authenticating
[2] Apostilled on Nevis, BVI, and a gift from Cardinal Bertone, Vatican Secretary of State Emeritus.
[3] http://smoch.org/nepal.php

5.  Kennedy was injured and damaged by Identity Theft in 2017 and was harmed concerning the loss of privacy, a complaint this court (wrongly) refused to adjudicate or administrate.[4]

6.  Kennedy as an ordained (Eastern Rite) Roman Catholic took a temporary, optional oath to God to live a simple aesthetic life of poverty as a matter of love, healing and forgiveness. The foundation of my church is forgiveness.

7.  Kennedy is only temporarily poor and is grateful the court waived fees and promises to repay all fees when he is able to do so in divine right time.

---

[4] In re Dismissal for Failure to State a Claim
FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED
[5] "The general rule in appraising the sufficiency of a complaint for failure to state a claim is that a complaint should not be dismissed '***unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.' CONLEY VS. GIBSON (1957), 355 U.S. 41, 45, 46, 78 S.Ct. 99, 102, 2 LEd 2d 80; SEYMOUR VS. UNION NEWS COMPANY, 7 Cir., 1954, 217 F.2d 168; and see rule 54c, demand for judgment, FEDERAL RULES OF CIVIL PROCEDURE, 28 USCA: '***every final judgment shall grant the relief to which the party in whose favor it is rendered is entitled, even if the party has not demanded such relief in his pleadings." U.S. V. WHITE COUNTY BRIDGE COMMISSION (1960), 2 Fr Serv 2d 107, 275 F2d 529, 535

"A complaint may not be dismissed on motion if it states some sort of claim, baseless though it may eventually prove to be, and inartistically as the complaint may be drawn. Therefore, under our rules, the plaintiff's allegations that he is suing in 'criminal libel' should not be literally construed. [3] The complaint is hard to understand but this, with nothing more, should not bring about a dismissal of the complaint, particularly is this true where a defendant is not represented by counsel, and in view of rule 8(f) of the rules of civil procedure, 28 U.S.C., which requires that all pleadings shall be construed as to do substantial justice BURT VS. CITY OF NEW YORK, 2Cir., (1946) 156 F.2d 791. Accordingly, the complaint will not be dismissed for insufficiency. [4,5] Since the Federal Courts are courts of limited jurisdiction, a plaintiff must always show in his complaint the grounds upon which that jurisdiction depends." STEIN VS. BROTHERHOOD OF PAINTERS, DECORATORS, AND PAPERHANGERS OF AMERICA, DCCDJ (1950), 11 F.R.D. 153.

"A complaint will not be dismissed for failure to state a claim, even though inartistically drawn and lacking in allegations of essential facts, it cannot be said that under no circumstances will the party be able to recover." JOHN EDWARD CROCKARD VS. PUBLISHERS, SATURDAY EVENING POST MAGAZINE OF PHILADELPHIA, PA (1956) Fr Serv 29, 19 F.R.D. 511, DCED Pa 19 (1958)

"FRCP 8f: CONSTRUCTION OF pleadings. All pleadings shall be so construed as to do substantial justice." DIOGUARDI VS. DURNING, 2 CIR., (1944) 139 F2d 774

8. The oath of the US Judge is as follows: Oaths of justices and judges

*"Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, \_\_ \_\_, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as \_\_ under the Constitution and laws of the United States. So help me God."[5]*

NOTICE

9. Notice the phrase "under the Constitution and laws of the United States." and Exhibit 1 Law of the Case, previously filed in this and most all actions at law by Kennedy at paragraph 50. which states the following: CONFIRMATIO CARTARUM, (conforming charter) October 10, 1297, By Edward, King of England, reaffirms that the Magna Carta may be pleaded as the Common Law before a court. This links the Magna Carta to the Common Law. The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta.[6] In a court of record, a Judge has no disgression.

10. Kennedy in this court of record Objects to the Order entered on 01/25/19 for it is my wish and it (probably) violates the oath of office and Investiture oath of the assigned Judge.

11. Kennedy is damaged and injured by the defendants, seeks compensation for injures and damages for the defendants exceeded their jurisdiction in loss of rights in all his complaint, past, present and future.

12. As a Papal Knight, my word is my bond, and my poverty oath is ended.

13. Spiritually, Kennedy unconditionally forgives all; however dismissal of Kennedy's cases obstructed justice. As a priest, my sacerdotal duty is only to preach sacred scripture and Kennedy has done this by example.

14. If questions or if the assigned Judge requests to see my credentials as both a priest and Knight, please schedule a meeting in Chambers and Kennedy will (reluctantly) violate

---

[5] 28 U.S. Code § 453
[6] ( See "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation; distributed by Associated College Presses, 32 Washington Place, New York 3, New York.).

Diplomatic protocol BUT please Notice by law, Kennedy is entitled to justice and for the Judge to *do equal right to the poor and to the rich.*

Date: February 5, 2019.

                                            Respectfully submitted and
                                            Apostolic blessings,

                                            Chev. Rev. Edward Thomas Kennedy
                                            401 Tillage Road
                                            Breinigsville, PA 18031

## CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, certify that on February 5, 2019, that I filed a copy of the above RESPONSE TO SHOW CAUSE to the Clerk of Court at the United States District Court for the Eastern District of Pennsylvania by US mail at 504 W Hamilton Street, Allentown, PA ~~18031~~ 18101

9?/(-

2.r.19.

_____ (f~()
EDWARD THOMAS KENNEDY

Date: February 5, 2019.