IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD THOMAS KENNEDY,**<br>    **Plaintiff,** | : <br> : <br> : |
| v. | :    **CIVIL ACTION NO. 19-CV-0163** |
| | : |
| **COUNTY OF LEHIGH**<br>**PENNSYLVANIA,** *et al.,*<br>    **Defendants.** | : <br> : <br> : |

# ORDER

**AND NOW**, this 11th day of February 2019, upon considering *pro se* Plaintiff Edward Thomas Kennedy's "Response to Show Cause and Objection" (ECF Doc. No. 15) responsive to our January 25, 2019 Memorandum and Order (ECF Doc. Nos. 7 & 8) directing him to show cause as to why we "should not enjoin him from filing any more civil cases surrounding facts addressed in his eleven 2018 dismissed cases without paying the filing and administrative fees," and finding he fails to show good cause as to why he should not be enjoined,[1] and for the detailed reasons in our January 25, 2019 Memorandum, it is **ORDERED** we **enjoin** further filings by Mr. Kennedy on issues pending or dismissed without paying the fees required of every litigant seeking relief in this Court unless they qualify for *in forma pauperis* status:

---

[1] Mr. Kennedy claims "[t]he fact of the matter is [that he] took an oath to God of poverty, and is therefore 'poor.'" ECF Doc. No. 15 at 1. His oath has ended but he is still poor. *Id.* Kennedy indicates that he is "only temporarily poor and is grateful the court waived fees and promises to repay all fees when he is able to do so in divine right time." *Id.* at 2. He objects to our January 25, 2019 Memorandum and Order "for it is [his] wish and it (probably) violates the oath of office and Investiture oath of the assigned Judge." *Id.* at 3. He also argues that he is "entitled to justice and for the Judge to *do equal right to the poor and to the rich.*" *Id.* at 4. This is not good cause to allow him to continue filing meritless complaints already dismissed or otherwise pending.

1.     Mr. Kennedy shall not file civil cases without paying the filing and administrative fees regarding: (1) the events of June 2, 2017, August 28, 2017, and his detention in the Lehigh County Jail from August 28-30, 2017; (2) his failure to be admitted to law school; (3) the living conditions at his home, including his lack of a secure mailbox; (4) allegations that the Internal Revenue Service ("IRS") has intentionally inflicted emotional distress (or otherwise harmed him) by informing him that he owes unpaid federal taxes; (5) claims challenging the IRS's placement of liens on his assets due to balances owed for tax years 2006 and 2007; (6) claims alleging the IRS and the Department of the Treasury provided false information about him to the Social Security Administration; and (7) claims regarding how his cases have been handled by the Judges on this Court; and,

2.     The Clerk of Court shall not docket a case filed by Mr. Kennedy covered by this injunction unless Mr. Kennedy submits $400.00 (the $350.00 filing fee and $50.00 administrative fee) to the Clerk of Court. If Mr. Kennedy files new complaints which are entirely or partially covered by this injunction, the Clerk of Court shall return those documents to Mr. Kennedy along with a copy of this Order. Mr. Kennedy may resubmit new complaints partially covered by this injunction after they have been returned to him and after he removes claims addressed by this Order involving facts or events detailed in paragraph 1 above.

_____
KEARNEY, J.