IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

Plaintiff,

v.

Case No. 19-cv-0163

COUNTY OF LEHIGH, et. al.,

Defendants.

NOTICE and OBJECTION

FILED
SEP 05 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

TAKE JUDICIAL COGNIZANCE
NOTICE

1.  28 U.S. Code § 453.

2.  18 U.S. Code § 242.

3.  PA Code Title 18 Sec. § 321. Court of record.

4.  U.S. Attorney General Barr said the federal government was moving to seek justice against the "worst criminals" and bring relief to victims.

5.  I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby objects to ECF Document 16, pursuant to 28 U.S. Code § 453 and 18 U.S. Code § 242 by Mark A. Kearney, for he exceeded his jurisdiction, injures the Plaintiff in loss of rights.

Date: September 5, 2019.

1

Respectfully submitted,

_____ (seal)
Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

*Plaintiff is self-represented.*

2

## CERTIFICATE OF SERVICE

I certify that on September 5, 2019 that I filed a copy of the above Notice and Objection to the E.D. Pa. by USPS regular mail.

*(signature)* (seal)

Edward Thomas Kennedy, Plaintiff.

**FILED**
SEP 05 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

Date: September 5, 2019