IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.        Case No. 19-cv-0163

COUNTY OF LEHIGH, et. al.,

    Defendants.

**FILED**
SEP 05 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## NOTICE and REPLY to ECF DOC 7 and 8.

TAKE JUDICIAL COGNIZANCE
NOTICE

1.    28 U.S. Code § 453.

2.    18 U.S. Code § 242.

3.    I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby "replies" to ECF Documents 7 and 8 , pursuant to 28 U.S. Code § 453 and 18 U.S. Code § 242 by Mark A. Kearney, for he violates 28 U.S. Code § 453, under the color of law, (perhaps with bad intentions), and exceeded the jurisdiction of the court, and injures the Plaintiff in loss of rights.

Date: September 5, 2019.

1

Respectfully submitted,

_____ (seal)
Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

*Plaintiff is self-represented.*

2

## CERTIFICATE OF SERVICE

I certify that on September 5, 2019 that I filed a copy of the above **NOTICE and**

**REPLY to ECF DOC 7 and 8** to the E.D. Pa. by USPS regular mail.

*[signature]* (seal)

Edward Thomas Kennedy, Plaintiff.

Date: September 5, 2019

**FILED**

SEP 05 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

3