IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD THOMAS KENNEDY** | : CIVIL ACTION |
| | : |
| v. | : NO. 19-163 |
| | : |
| **COUNTY OF LEHIGH** | : |
| **PENNSYLVANIA,** *et al.* | : |

## ORDER

**AND NOW**, this 6th day of September 2019, upon considering *pro se* Plaintiff's Motion to recuse (ECF Doc. No. 19) in this case closed on January 25, 2019 (ECF Doc. No. 8), further mindful of our February 11, 2019 Order (ECF Doc. No. 16) enjoining further filings by this *pro se* Plaintiff on issues already dismissed, and further considering Plaintiff's "Notices" (ECF Doc. Nos. 17, 18), it is **ORDERED** Plaintiff's Motion to recuse (ECF Doc. No. 19) from a long-closed case after he is barred from making these filings is **DENIED** as, even if we did not bar the *pro se* Plaintiff from filing motions in a closed case, there is no pending issue in this case and no reasonable person could believe we hold a bias or partiality against Mr. Kennedy simply because President Obama nominated me to this Court and Mr. Kennedy has some political or other vendetta against President Obama.

KEARNEY, J.