UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| Plaintiff, | ) C. A. No. 19-cv-163 MAK |
| vs. | ) |
| | ) NOTICE OF APPEAL |
| COUNTY OF LEHIGH PENNSYLVANIA, et al., | ) |
| Defendants. | ) |

**NOTICE OF APPEAL**

FILED
NOV 12 2019
PARKMAN, Clerk

NOTICE IS HEREBY GIVEN that Edward Thomas Kennedy, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order signed by KEARNEY, J., signed in this action on the 1st day of November, 2019.

without prejudice

without prejudice

Edward Thomas Kennedy
800 Court St., Apt 223
Reading, Pa [19601]

*Date: November 11, 2019.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of heretofore **NOTICE OF APPEAL** is served upon the court of record by regular U.S. mail to the following location:

Clerk of Court
U.S. District Court, E.D. Pa.
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

*FILED NOV 12 2019 PARKMAN C...*

without prejudice
*without prejudice*
*Et R/C*

Edward Thomas Kennedy

Date: November 11, 2019



HARRISBURG PA 171
12 NOV 2019 PM 4 L

U.S.M.S.
X-RAY

Clark Cours
US District Court EDJ Pa.
601 Market St.
Philadelphia PA 19106

19106-179699

Thomas Kennedy
t St, Apt. 223
PA 19601