# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-3653

Edward Kennedy v. County of Lehigh, et al

(U.S. District Court No.: 5-19-cv-00163)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   February 27, 2020
MB/cc:
Samuel E. Cohen, Esq.
Edward Thomas Kennedy

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate